IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Number CR 09-2027 |
| v. | ) | |
| | ) | DEFENDANT'S S AMENDED |
| JASON LEONARD BOYACHEK, | ) | DETENTION |
| | ) | HEARING EXHIBIT LIST |
| Defendant. | ) | |

A. Correspondence from Emily Boekelheide, bail supervisor, Cranbrook Community Corrections

B. Notice of Discontinuance, Canadian extradition proceedings

C. Recognizance of Bail, Canadian extradition proceedings

D. Correspondence from John Antoniuk and Jennifer Lane

E. Correspondence from Ryan and Charity Ashby

F. Correspondence from Jan Boyachek and Ted Boyachek

G. Correspondence from Barry Boyachek

H. Correspondence from Terry Boyachek and Cheryl Boyachek

I. Correspondence from Dustin Boyachek

J. Correspondence from Monika Karpinska

K. Correspondence from Twyla Kastrukoff

L. Correspondence from Shannon Loughran

1

M. Correspondence from Mark Morris

N. Correspondence from Hara Nikolopoulos

O. Correspondence from Leigha Stankewich

P. Correspondence from Wendy Stankewich and Daryl Stankewich

Q. Correspondence from Anna Syrianou

R. Correspondence from Leonard and Joyce Trevellyan

S. Correspondence from Tara Drouin and Danny Drouin

T. Correspondence from Clint Tarala and Jennifer Harper

U. Indictment, United States v. Henry Rosenau, Case No. 06-cr-00157, United States District Court, W.D. Washington

V. Appearance Bond, United States v. Henry Rosenau

/s/ Leon F. Spies
LEON F. SPIES
PIN: AT0007456
Attorney for Defendant
312 E. College Street, Suite 216
Iowa City, Iowa 52240
Phone (319) 337-4193
Fax (319) 337-2396
spieslegal@aol.com

CERTIFICATE OF SERVICE
I certify that I electronically served/mailed a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on March 31, 2015
By: /s/ Leon F. Spies .

Mr. Patrick Reinert (electronically)
Assistant United States Attorney

2

Mr. Jason L. Boyachek (U.S. Mail)

2