# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

### EASTERN WATERLOO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. JASON LEONARD BOYACHEK, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 6:09-cr-2027-LRR<br>Presiding Judge: JON S. SCOLES, Chief Magistrate Judge<br>Deputy Clerk: Paul Coberly<br>Court Reporter: Kay Carr  Contract? Yes<br>(If yes, send copy to financial)<br>Recording: Yes  Method: FTR Gold |

| Date: | 3/31/2015 | Start: | 9:56 AM | Adjourn: | 10:25 AM | Courtroom: | 3, 4th Floor |
|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Dan Chatham | | | | | |
| | Defendant(s): | Leon F. Spies; Defendant appears personally | | | | | |
| | U.S. Probation: | Zach Ward | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: -- | Phone - |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|
| **DETENTION:** | X | **OR** | **REVOCATION:** | **OR** | **PRELIMINARY EXAMINATION** |

| Moving party: | Government | # | |
|---|---|---|---|
| Nature of proceeding: | | Ruling: | |
| Review of detention or conditions | X | Court finds that there is no condition or combination of conditions which would reasonably assure Defendant's appearance as required. Defendant remains detained. Order to follow. | |
| Revocation of pretrial release | | | |
| Revocation of supervised release | | | |
| Preliminary examination | | | |
| **Witness/Exhibit List is** | attached. | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

| | **Miscellaneous:** | Parties agree that there is probable cause, and will focus solely on the issue of detention. |
| --- | --- | --- |
| | | Proffer by Mr. Spies. |
| | | Court hears argument regarding the issue of detention. |

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### EASTERN WATERLOO DIVISION

**WITNESS & EXHIBIT LIST**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:09-cr-2027-LRR |
| Plaintiff(s), | Presiding Judge Jon S. Scoles, Chief Magistrate Judge |
| vs. | Deputy Clerk Paul Coberly |
| JASON LEONARD BOYACHEK, | Court Reporter Kay Carr |
| Defendant(s). | Plaintiff Att'y AUSA Dan Chatham |
| Hearing Date 3/31/2015 | Defendant Att'y Leon F. Spies |

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | Date/Time Excused |
|---|---|---|---|
| | None | | |

| # | **DEFENSE** Witnesses | Date/Time Sworn | Date/Time Excused |
|---|---|---|---|
| | None | | |

\* Exhibit Receipted to Task Force Officer

\*\* **A**=Admitted; **APT**=Admitted at Pre-Trial; **RSO**=Received Subject to Objection; **OS**=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| | None | | |

| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| 1 | Letter re extradition history of Defendant (previously filed at doc. 17) | 3/31/2015 | A |
| 2 | Letter re Extradition Act in Canadian law (previously filed at doc. 17) | 3/31/2015 | A |

| Marked | **DEFENSE** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| A | Correspondence from Emily Boekelheide | 3/31/2015 | A |
| B | Notice of Discontinuance | 3/31/2015 | A |
| C | Recognizance of Bail | 3/31/2015 | A |
| D | Correspondence from John Antoniuk and Jennifer Lane | 3/31/2015 | A |
| E | Correspondence from Ryan and Charity Ashby | 3/31/2015 | A |
| F | Correspondence from Jan and Ted Boyachek | 3/31/2015 | A |
| G | Correspondence from Barry Boyachek | 3/31/2015 | A |
| H | Correspondence from Terry and Cheryl Boyachek | 3/31/2015 | A |
| I | Correspondence from Dustin Boyachek | 3/31/2015 | A |
| J | Correspondence from Monika Karpinska | 3/31/2015 | A |

| | | | |
|---|---|---|---|
| K | Correspondence from Twyla Kastrukoff | 3/31/2015 | A |
| L | Correspondence from Shannon Loughran | 3/31/2015 | A |
| M | Correspondence from Mark Morris | 3/31/2015 | A |
| N | Correspondence from Hara Nikolopoulos | 3/31/2015 | A |
| O | Correspondence from Leigha Stankewich | 3/31/2015 | A |
| P | Correspondence from Wendy and Daryl Stankewich | 3/31/2015 | A |
| Q | Correspondence from Anna Syrianou | 3/31/2015 | A |
| R | Correspondence from Leonard and Joyce Trevellyan | 3/31/2015 | A |
| S | Correspondence from Tara and Danny Drouin | 3/31/2015 | A |
| T | Correspondence from Clint Tarala and Jennifer Harper | 3/31/2015 | A |
| U | Indictment from US v. Henry Rosenau | 3/31/2015 | A |
| V | Appearance Bond from US v. Henry Rosenau | 3/31/2015 | A |