# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WATERLOO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. JASON LEONARD BOYACHEK, Defendant(s) | **HEARING MINUTES** Sealed: No <br> Case No.: 6:09-cr-2027-LRR <br> Presiding Judge: JON S. SCOLES, Chief Magistrate Judge <br> Deputy Clerk: Paul Coberly <br> Court Reporter: -- Contract? -- <br> (If yes, send copy to financial) <br> Recording: Yes Method: FTR Gold |

| Date: | 7/15/2015 | Start: | 12:01 PM | Adjourn: | 12:08 PM | Courtroom: | 3, 4th Floor |
|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | Telephonic? | No |

| Appearances: | Plaintiff(s): | AUSA Patrick J. Reinert |
|---|---|---|
| | Defendant(s): | Leon F. Spies; Defendant appears personally |
| | U.S. Probation: | -- |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone | - |

**TYPE OF PROCEEDING:** IS THE HEARING Contested? No  Continued from a previous date? No

**STATUS CONFERENCE:**

| Motion(s): | -- | Ruling: | -- |
|---|---|---|---|

Matters discussed:

Trial is currently scheduled for 8/10/2015.

Mr. Spies states that the defense is ready for trial; however, they are in non-trial related discussions.

Mr. Reinert states the discovery file is complete. Government anticipates calling approximately 5-10 witnesses. No writs/subpoenas required. Defendant anticipates calling approximately 3-5 witnesses. No writs/subpoenas required. Mr. Reinert believes 3-4 days will be needed for trial. Mr. Spies agrees. No motions pending. Mr. Reinert does not believe there will be any unusual legal/evidentiary issues; however, logistics regarding witnesses may be complicated. Mr. Spies believes there will not be any unusual legal/evidentiary issues. Mr. Reinert has calculated 14 days have elapsed on the speedy trial clock, with the clock stopped. Mr. Spies agrees.

| **Witness/Exhibit List is** | N/A |
|---|---|

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

| **Miscellaneous:** | -- |
|---|---|