IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. CR 09-02027-LRR |
| | ) | |
| vs. | ) | |
| | ) | |
| JASON LEONARD BOYACHEK, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States hereby provides its sentencing memorandum.

A. **Government Witnesses:** None.

B. **Government Exhibits:** None.

C. **Sentencing Issues:** None.

In light of the prior administrative forfeitures in this matter of currency seized from defendant, the United States does not intend to seek a criminal forfeiture judgment at sentencing.

Respectfully submitted,

KEVIN W. TECHAU
United States Attorney

By, /s/ Patrick Reinert

PATRICK J. REINERT
Assistant United States Attorney
111 Seventh Avenue SE
Cedar Rapids, IA 52401
319-363-6333
319-363-1990 (fax)
Pat.Reinert@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2015, electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ SKV