IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Number CR 09-2027 |
| v. | ) | MOTION FOR DOWNWARD DEPARTURE OR VARIANCE |
| JASON LEONARD BOYACHEK, | ) | |
| Defendant. | ) | |

In accordance with the Federal Sentencing Guidelines and 18 U.S.C. § 3553(a) the Defendant moves for a downward departure or variance from the advisory guideline range applicable to this case. More particularly, the Defendant contends that a downward departure or variance is justified based on one or more of the following grounds, or in combination:

1. The Defendant's character and mental health made him particularly susceptible to the undue influence of others;

2. The Defendant has absolutely no criminal history;

3. The Defendant voluntarily withdrew from the criminal activity giving rise to his prosecution;

4. While under supervision during the extradition proceedings in Canada, the Defendant scrupulously abided by all conditions imposed by the court

1

and supervising authorities;

    5.    A guideline sentence would create an unwarranted sentencing disparity compared to others involved in the conspiracy to which the Defendant pleaded guilty;

    6.    By his employment history, educational achievements, initiative in obtaining mental health treatment, and developing appropriate personal relationships, the Defendant has demonstrated noteworthy post-offense rehabilitation;

    7.    As a non-citizen, the Defendant will face harsh restrictions in attempting ever to return to the United States;

    8.    The Defendant may be subjected to significant restrictions in placement and programing within the Bureau of Prisons;

    9.    The Defendant possess an otherwise outstanding character, and has been highly regarded and loved for his personal generosity and many kindnesses;

    10.    The Defendant represents a very low risk of recidivism

    WHEREFORE the Defendant respectfully moves that a downward departure or variance be granted.

2

Case 6:09-cr-02027-MWB-JSS   Document 49   Filed 10/05/15   Page 2 of 3

/s/ Leon F. Spies  
LEON F. SPIES  
PIN: AT0007456  
Attorney for Defendant  
312 E. College Street, Suite 216  
Iowa City, Iowa 52240  
Phone (319) 337-4193  
Fax (319) 337-2396  
spieslegal@aol.com

CERTIFICATE OF SERVICE

I certify that I electronically served/mailed a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on October 5, 2015.

By: /s/ Leon F. Spies .

Mr. Patrick Reinert  (electronically)
Assistant United States Attorney

Mr. Jason Boyachek  (U.S. Mail)