# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### EASTERN    DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **HEARING MINUTES**     Sealed:     No |
| Plaintiff(s) | Case No.:     CR 6:09-2027-MWB-1 |
| vs. | Presiding Judge:     Mark W. Bennett |
| JASON LEONARD BOYACHEK, | Deputy Clerk:     Sarah Melvin |
| Defendant(s) | Court Reporter:     Kay Carr          Contract?     Yes |
| | (If yes, send copy to financial |
| | Recording:     Yes     Method:     FTR Gold |

| Date: | 1/14/2016 | Start: | 8:31 AM | Adjourn: | 9:46 AM | | Courtroom: | 2, 2nd Floor |
|---|---|---|---|---|---|---|---|---|

| Recesses: | None | | Time in Chambers: | None | | Telephonic? | No |
|---|---|---|---|---|---|---|---|

| Appearances: | Plaintiff(s): | AUSA Patrick Reinert |
|---|---|---|
| | Defendant(s): | appears personally and is represented by Leon Spies |
| | U.S. Probation: | Daren Schumaker |
| | Interpreter: | None | Language: | | Certified: | | Phone |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|

| **SENTENCING:** | |
|---|---|

| Objections to PSIR: | | Ruling: | |
|---|---|---|---|
| Motions to vary/depart: | Defendant's Motion for Downward Variance (doc. 49) | Ruling: | Granted |
| | Plaintiff's Substantial Assistance Motion | | Granted |
| Count(s) dismissed: | Count 2 of the Indictment | | |
| Sentence (See J & C): | time served | | |

| Fine: | waived | Special assessment: | $100.00 (paid) |
|---|---|---|---|
| Supervised Release: | 3 years | | |
| Court's recommendations (if any): | | | |

| Defendant is | detained | and shall report | remanded to USM for delivery to immigration |
|---|---|---|---|

| **Witness/Exhibit List is** | attached |
|---|---|

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

| **Miscellaneous:** | Portion of hearing record regarding substantial assistance motion will be sealed. Defendant's Exhibits to be filed by 1/19/2016. |
|---|---|

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| | **WITNESS & EXHIBIT LIST** |
| UNITED STATES OF AMERICA, | Case No.  CR 6:09-2027-MWB-1 |
| Plaintiff(s), | Presiding Judge  Mark W. Bennett |
| vs. | Deputy Clerk  Sarah Melvin |
| JASON LEONARD BOYACHEK, | Court Reporter  Kay Carr |
| Defendant(s). | Plaintiff Att'y  AUSA Patrick Reinert |
| Trial Dates  1/14/16 (Sentencing Hearing) | Defendant Att'y  Leon Spies |

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| | | | | | |

| # | **DEFENSE** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| | | | | | |

*Exhibit Receipted to Task Force Officer

\*\* **A**=Admitted; **APT**=Admitted at Pre-Trial; **RSO**=Received Subject to Objection; **OS**=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| | | | |

| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| | None | | |

| Marked | **DEFENSE** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| A-T | Letters | 1/14/16 | A |
| U | Letter from Dr. J. Gordon Reid - **SEALED** | 1/14/16 | A |
| V | Letter from Cranbook Community Corrections | 1/14/16 | A |
| W | Notice of Discontinuance | 1/14/16 | A |
| X | Document | 1/14/16 | A |
| Y | Criminal History | 1/14/16 | A |
| Z | DHS Report - **SEALED** | 1/14/16 | A |
| AA | News Article | 1/14/16 | A |