September 21, 2015

Hon. Linda R. Reade
Chief Judge, U.S. District Court
111 Seventh Avenue SE
P.O. Box 4
Cedar Rapids, IA 52401-2101

Dear Chief Judge Reade,

My name is Hara Nikolopoulos. I am Jason's fiancée. I live in Edmonton, Alberta, and work in nutrition research for the University of Alberta. I met Jason in 2011 while I was visiting my best friend in Vancouver, British Columbia. Jason and I met through mutual friends and hit it off immediately. Right away I could see that Jason is a kind, loving and caring person. I have gotten to know Jason extremely well over these last four years and, through his actions, Jason has demonstrated that he is extremely kind, loving, supportive, dependable, reliable, and trustworthy. I fell in love with Jason and want to share my life with him because he is a genuinely good person; he has integrity and a strong moral character. Jason is polite, respectful of others, and always goes out of his way to help his family and friends. Family is the most important thing to Jason; he always puts his family first. Jason is the most thoughtful and caring partner, uncle, son, and brother. I know without a doubt that Jason would never do anything to hurt or jeopardize me, our future together or his family. Never.

I have been waiting for four years to be with Jason. We want more than anything to get married and start a family. I am 37 years old and I am well aware that our chances to have children decrease every year but there is no other person in this world who I trust or love more than Jason. He is worth the sacrifice because people like him are very rare.

Jason is very sorry for what he has done. He is a good person who made bad decisions but he has taken responsibility for his actions all on his own accord and deeply regrets what he has done and the pain he has caused all of us. Over the last four years, Jason has abided by all of the restrictions imposed on him without complaint. In fact, he has been working towards a psychology degree to improve his life and achieve a successful and fulfilling future while, as always, trying to help others. He is always working to improve himself. While incarcerated, Jason has continued to practice yoga and meditation, he exercises regularly, reads everything he can find, and has even been trying to learn Spanish. He engages in these activities because he is such a positive person and always tries to make the best of a difficult situation.

I recognize that Jason has committed a crime and that he has admitted to it. This is the hardest thing both Jason and I have ever had to face but we continue to love and support each other. I am proud of Jason for admitting responsibility for his offense; he not only has my full support but the support of my family as well. The only place he wants to be is here with me and the family we hope to start. I am deeply thankful for your consideration of the person I have described as you deliberate this case.

Most sincerely,

Hara Nikolopoulos

DEFENDANT'S EXHIBIT
A
CR 09-2027

September 23, 2015

Hon. Linda R. Reade
Chief Judge, U.S. District Court
111 Seventh Avenue SE
P.O. Box 4
Cedar Rapids, Iowa 52401-2101

Your Honor,

You are presiding over the sentencing of a very good friend of mine in Jason Boyachek. I wanted to reach out to you in an attempt to inform you of the character of the man that will soon be standing before you.

Jason has made a grievous error in judgement, I cannot say as to what pressures in life led to these obviously poor choices, but I can tell you he is extremely remorseful of his actions as they are so counter to the person I have known since my teens.

I met Jason over 20 years ago while we were in high school and have been in regular contact with him since then. Through all that time I have been witness to a great period of growth and change as one does from youth to adulthood. With this depth of exposure to Jason's life I can honestly attest to the integrity, benevolence and compassion he possesses and displays daily in his life.

I'm not sure if you know of his family life where Jason's presence brings a sense of calm and of joy. He spends countless hours with his nephew and niece, Seth and Avery, who remain a huge focus in his life, as they grow the bond shared between them also grows and is truly a special thing to witness.

When I first learned of Jason's impending extradition, his main concern was of the family, his niece and nephew in particular and how this would look to them. I've only known Jason to set an example of grace, kindness, honesty and tolerance and this criminal offense stands in stark contrast to the values his family and close circle of friends hold so dear. He is acutely aware of the damage done by his actions not only to his family but to the community at large and is making strides to reverse this damage and shed some of the shame he feels for his actions.

Jason is a man with widely varied interests as his pursuit of education , his passion for yoga and keen interest in current events would testify to. He is a person I trust implicitly as he is one of the only non-family members I have ever entrusted with the care of my own children.

Any community would benefit greatly from having him as his willingness to place others needs before his, his impressive work ethic, and happy demeanour radiate outwards and spread to everyone he sees. This is not a sinister, vile person but a man who made some very poor choices, huge mistakes that will never be repeated.

Thank you for taking the time to consider my letter.

Sincerely,

David Ashcroft
Maple Ridge, BC

DEFENDANT'S EXHIBIT
B
CR 09-2027

September 23, 2015

Hon. Linda R. Reade
Chief Judge, U.S. District Court
111 Seventh Avenue SE
P.O. Box 4
Cedar Rapids, Iowa 52401-2101

Dear Chief Judge Reade:

I met Jason roughly 18 years ago. He came across a tad shy so bringing him out of his shell was half the fun and so worth the while: he was quirky, funny, good natured and very easy to talk to. We became fast friends. He is one of the most loyal, honest, genuine and caring people I have had the pleasure to call a friend. I know I would not be where I am today without his help and support; he has such a big heart with so much love to give and is always so willing to help anybody in need. Over the years I have gotten to know Jason's family and remember when I went on a trip with Jason and his family for his sister's wedding. They have a very close and loving family unit. I was very honored to be welcomed into their family.

I learned of his legal situation when his mom, Jan, called me. I've seen the strain that this legal predicament has put on his whole family and his friends. I know that he has deep regrets for the pain that he has caused his loved ones. Jason's niece and nephew think the world of Jason, and I can't imagine how they are weathering the absence of their uncle Jay. A mother's love is unconditional and I believe all of this has taken years from her. Despite the uncertainty, all I've seen is positivity and strength from Jason and his family. This legal predicament has ripped a hole in their family unit and it is hard to witness.

Jason has grown a lot since the first time I met him. He changed his diet, he started doing hot yoga and meditation; he even went as far as becoming a yoga instructor. The discipline he has at pursuing a psychology degree only reaffirms his need to help people and his earnest nature to better himself. I couldn't be more proud of Jason's decision to accept responsibility for his past wrong doings. I feel like I have watched Jason become a great man, friend, brother, son and uncle with strong morals and values.

While recognizing the seriousness of his mistakes and the offenses he has committed, I know, given the opportunity, Jason will make a better life for himself and those around him.

I know Jason to be a good person who made bad decisions and I hope that you will take my letter regarding my friend into consideration.

Sincerely,

Tessa Anadarko
Registered Massage Therapist

DEFENDANT'S EXHIBIT
CR 09-2027

September 29, 2015


Hon. Linda R. Reade
Chief Judge, U.S. District Court
111 Seventh Avenue SE
P.O. Box 4
Cedar Rapids, IA 52401-2101

Your Honor,

Thank you for taking the time to read my letter about Jason Boyachek. I have known Jason since high school. He has always been the shy type until you got to know him a bit better. Once I got to know Jason I found he had a fantastic sense of humor. When he laughed it was so authentic, so infectious, that people around could not help but laugh along with him. He proved himself many times to be a good dependable friend. If I needed help he was always there for me. Whether it was emergency dog sitting or to help me move. I could always count on him.

This is why I feel compelled to write a letter in support of Jason. He made me aware of the poor decisions he made in the past. I recognize that Jason has committed a crime and he has admitted to it. Although I don't condone these actions, I believe him to be sincerely remorseful. I know that over the last few years he was already planning and preparing for the next phases in his life by dealing with his legal problems, working towards a career and making plans for his personal life with Hara, his fiancée.

Jason has a large support system of family and friends, all of whom look forward to seeing him at his best. He will absolutely be a contribution to his next community.

Again, thank you for taking the time to read this.


Sincerely

Ryan Whitehead


DEFENDANT'S EXHIBIT
D
CR 09-2027

September 28, 2015

Hon. Linda R. Reade
Chief Judge, U.S. District Court
111 Seventh Avenue SE
P.O. Box 4
Cedar Rapids, Iowa 52401-2101

Dear Chief Judge Reade,

I am writing in reference to Jason Boyachek, who is appearing before your court. I was first made aware of Jason's situation by a mutual friend a couple of years ago.

Jason and I have been friends since becoming team-mates on the Saskatoon Goldfins Swim Club in Saskatoon, Saskatchewan nearly three decades ago. I believe I am in a position to speak to Jason's moral character, so I hope you will take this letter into account when making your decision.

Jason is, in short, a good person. From my experience he has always been kind and generous towards others. He has displayed a strong sense of duty and loyalty, in his job and community, as well as towards his friends and family. Also, he has always possessed a great deal of integrity and constantly strives to make sure he is doing the right thing. Jason truly cares about other people and consistently puts others, before himself. I've known Jason to be an extremely kind and caring person, without a mean bone in his body. Recently Jason told me he was pursuing a psychology degree in hopes of helping other people and to get a better understanding of the social anxiety he has experienced in the past. He is very self-aware and wants to better himself to make life better for those around him.

Jason had an excellent upbringing, his parents have always possessed strong morals and values. Jason's parents would always be willing to personally offer me help and support of any kind when needed. I was also team-mates and friends with Jason's brother Dustin and his sister Tara, whom I know he has very good relationships with. Jason has been very loving and supportive towards his sister and her family, in spending quality time and helping out when called upon with his niece Avery and nephew Seth.

All that being said, Jason has admitted that he committed a crime and is incredibly sorry and is willing to do whatever it takes to make things right on all accounts. I personally recognize that Jason broke the law and I understand that there will be (and has to be) legal consequences for his actions. But I am confident that he will not re-offend and will be a valuable member of society. I truly wish the best for Jason and I will continue to support him, as all his family and friends do.

Thank you for your time and serious consideration regarding this matter.

Sincerely,

Dave Guthrie
Winnipeg, Manitoba

DEFENDANT'S EXHIBIT
E

September 28, 2015

Hon. Linda R. Reade
Chief Judge, U.S. District Court
111 Seventh Avenue SE
P.O. Box 4
Cedar Rapids, IA 52401-2101

Dear Chief Judge Reade,

I have known Jason for about six years. I previously was involved in a relationship with his brother and met Jason through him. Through those years I've witnessed Jason as being a central part of his family dynamic. He's been a mentor and friend for his brother in his time of need, offering both help and love in a nonjudgmental way. He's one of the only people I know who looks closely at himself, recognizes flaws and makes positive changes to correct them. Maybe his most moving attribute is his genuine interest and love for his niece and nephew, offering his love, support and quality time with them. I know this situation has taken its toll on all Jason's family members and that it has weighed on Jason's spirit for a long time. I feel his act of bravery to take responsibility for his actions and face consequences is the ultimate testament to his true nature.

Jason made a mistake and committed a crime and he is now taking responsibility for it. He truly is remorseful for his actions. Please consider this while you deliberate his case.

Yours Truly,

Jodi Ratcliffe

Nelson, BC

DEFENDANT'S EXHIBIT
F
CR 09-2027

September 29, 2015

Hon. Linda R. Reade
Chief Judge, U.S. District Court
111 Seventh Avenue SE
P.O. Box 4
Cedar Rapids, Iowa 52401-2101

Dear Chief Judge Reade,

Our names are Ryan and Charity Ashby. We have lived in Kimberley, BC for the last 15 years. Through interactions with other parents in the community, we met and became good friends with Tara and Danny Drouin, Jason's sister and her husband, who had recently moved to Kimberley. Tara and Danny had two small children Seth and Avery. Their children were close in age to our two children, Makayla and Marissa. This set the foundation of a great friendship. Our families spent a great deal of time together, skiing, hiking, camping and family BBQ's.

We first met Jason in the summer of 2008 during a camping trip. We immediately noticed how close he was with his niece and nephew. He spent the majority of his visit playing with them. My children were quick to join in the fun as well with Jason, because he was fun to be around and clearly loved being with children. Ryan and I immediately liked Jason and our friendship grew from that first camping visit.

Although Jason lived out of town he made frequent visits to Kimberley to visit his family and be involved in his niece and nephew's lives. He loved Seth and Avery so much that he came for a visit once every couple of months, if not more. He devoted all of his time to them, he spent endless hours with them, playing games, watching movies, going for walks, going for bike rides, reading stories and just having good quality time with them. Ryan and I were impressed with his family involvement; he showed nothing but love and support for his family. It was during these frequent visits from Jason that our two daughters grew an attachment to Jay. They too, started calling him Uncle Jay and enjoyed his company. We would leave our children in Jason's care often. We completely trusted Jay and Jay's ability to make responsible decisions in regards to the safety of our daughters.

We believe that it is because of his close relationship with his family that Jason moved to Kimberley, where he stayed for a year and a half. While he lived in Kimberley, we learned a lot more about Jason's personality and interests. We learned that he was one of the most generous people we had ever met. If we needed anything, he was always the first one to offer a lending hand. He was always willing to help out. Jason always puts other's needs before his own. He is the definition of a true friend. He possesses all qualities and characteristics of an all around good person. Jason is, honest, trustworthy, down to earth, realistic, supportive, loving, caring, compassionate, energetic, determined, calm, rational and most importantly, a man of his word!

Jason and Hara, his fiancée, are both from Saskatoon, which set the grounds of common interests and hobbies. We met Hara on numerous occasions and watched her and Jason's relationship blossom and grow.

We first learned of Jason's legal situation from Tara and Danny and they told us what we could do to help. Ryan and I started to support Jason in all the ways that we could and continue to support Jason today. We have known Jason for 7 years and will continue to be his friend for the remainder of our lives.

While Jason dealt with his situation, he still moved forward in his life. Jason is a very optimistic person with very positive outlooks on life. Jason continued to be very active in his family's life. He went back to school and worked very hard on completing many courses that he would need to eventually get his degree in psychology. Jason works hard to have a strong healthy future for himself and his family.

We realize that Jason has committed a crime and has pleaded guilty to it. We know that he made bad choices and is sorry for what he has done. However we know that Jason is truly a good person; he

DEFENDANT'S EXHIBIT

has a heart of gold. We see this over and over, through his relationship with his family, fiancée and friends. Jason is self-motivated and extremely hard working. He is always going beyond what we expect, he is always continuing to grow as an individual. Jason is constantly educating himself and becoming a better person. Jason is a responsible and reliable individual who has a lot to offer society. Jason is an understanding person; he contributes and enhances the lives of all who know him and those who don't know him. Jason influences people in positive ways and makes them better people.

Sincerely,


Ryan Ashby


Charity Ashby

September 23, 2015

Hon. Linda R. Reade
Chief Judge, U.S. District Court
111 Seventh Avenue SE
Cedar Rapids, Iowa 52401-2101

Dear Chief Judge Reade,

My name is Shannon Loughran and I am writing this letter in support of my friend Jason Boyachek for your consideration.

I am married with two children, live an active and positive lifestyle in Edmonton, Alberta, Canada, and work as a professional Facility Space Planner for the University of Alberta for the past 13 years.

I have known Jason since growing up in Saskatoon, Saskatchewan beginning in 1984. Jason comes from a loving, supportive, well-balanced family. During our youth, Jason and his siblings were high caliber athletes with the Saskatoon Goldfins competitive swimming club. We were proud teammates of Team Saskatchewan for the 1989 Jeux Canada Games and our swim team was a very close-knit family. I had the good fortune of being friends with Jason as we also attended high school together. As a friend of Jason's I knew him to be an honest, sincere and caring friend. Jason's gentle disposition and genuine spirit made him a positive influence to be around.

I reconnected with Jason when I learned from his family of his extradition order and the charges against him. I was shocked and disappointed to hear this, knowing that this conduct was out of character for the Jason I knew; however, his owning up to it is a reflection of the person he is. Naturally I was worried about his future and concerned of his past, having not seen him for many years. Reconnecting with him allowed me to learn of the many positive and inspiring changes Jason has made in his life over the past decade including choosing to use his time effectively while incarcerated. In all of our communication I have <u>not once</u> heard him blame others or feel sorry himself.

What stands out for me about Jason is his commitment to his physical and mental well-being and his desire to want to help others. In 2007, Jason became a certified yoga instructor. It is with his encouragement that I began a regular yoga practice which has benefitted me tenfold. While under house arrest in Canada, he continued to take steps to improve himself, both physically and emotionally. Jason is thoughtful and self-reflective in his life, always striving to improve and grow as a person. Once he is free to pursue his career path, he is inspired and committed to help others using his education and life experiences. He has been working towards a Bachelor's degree in Psychology. I believe Jason has a very good perspective and attitude of his current situation.

Jason is very committed to his family and loved ones. He is determined to be a positive influence to his family, friends, and niece and nephew, appreciating every moment he has with them. His loving and supportive fiancée, Hara Nikolopoulos, has her Master's degree in Nutritional Science and currently works as a researcher at the University of Alberta here in Edmonton.

I believe Jason is a reliable, honest person committed to grow and learn from his experiences and particularly the crime he has committed. I am proud of my friend for taking responsibility for his actions and choosing to turn his past in to a positive future, with hard work and self-discipline.

Thank you for your consideration.

Yours truly,

Shannon Loughran

September 23, 2015

Hon. Linda R. Reade
Chief Judge, U.S. District Court
111 Seventh Avenue SE
P.O. Box 4
Cedar Rapids, Iowa 52401-2101

Dear Chief Judge Reade:

My wife, Jennifer Harper and myself have been together for over 20 years and have two children, ages 17 and 14. We live in Gray Creek, BC, where we have owned a home for the past 6 years. I have worked in the Kootenays as a Fisheries Technician for the past 15 years. Together, Jennifer and I also own a furniture retail business based out of Nelson, BC for the past 3 years. We've known Jason Boyachek since 1993. We met in Calgary through mutual friends and through Jennifer, who had gone to high school with Jason in Saskatoon. He has always been a good friend and is an honest and trustworthy person who I could always count on. He is of very good character and always did what he said he was going to do. He is very courteous and always treated myself and my family with the utmost respect.

We are also good friends with Jason's family and spend time often with his mother Jan Boyachek, brother, Dustin and his sister Tara and her husband Danny and their two children, Seth and Avery. Jason is very close with his family and is an exceptional uncle to his niece and nephew. He spent a lot of time with them during his time in Kimberley.

We have seen that the last three years has been very stressful for Jason, his family and his fiancée Hara. The situation that they have had to go though for so many years is incredibly difficult for everyone.

We were informed by Jason's family about his legal problems and were eager to support him in any way possible. While recognizing the seriousness of his mistakes and the offenses he has committed, we know if he is given the opportunity he will build a respectable and self-sufficient life for himself and Hara, his fiancée. Jason is a good person who made bad decisions. We believe that Jason is sorry for what he has done and has accepted responsibility for his behavior. He deeply regrets the pain he has caused for everyone.

We appreciate your attention to this matter and hope you take into consideration the type of person that Jason truly is when you deliberate his case.

Sincerely,

Clint Tarala

Jennifer Harper

Hon. Linda R. Reade
Chief Judge, U.S. District Court
111 Seventh Avenue SE
P.O. Box 4
Cedar Rapids, Iowa 52401-2101

September 25, 2015

Your Honor,

I have known Jason Boyachek for eight years. We met in 2008 at Prana Yoga Teacher College in Vancouver, B.C., Canada, where we were both taking the 200 hour intensive teacher training program. We stayed in touch after the program ended; I consider Jason one of my close friends. Jason and I would spend many hours together walking, hiking, practicing yoga, and discussing eastern and western philosophies. Jason is a kind, thoughtful, caring individual who places his family, especially his niece and nephew, at the top of his priority list. He is a compassionate individual who is quick to help others. I knew Jason when he was employed as a property manager in downtown Vancouver; he was a hardworking and dedicated employee. Based on our many conversations, I can attest to Jason's good character and trustworthy nature. He is one of the few people I know I could rely on; if I asked him for help, he would be there.

During the past few years as he has dealt with these criminal charges, Jason has managed to pursue a degree in psychology, forge a stronger relationship with his niece and nephew, and find love with Hara, his fiancée. His has kept his equanimity even while incarcerated. I know he regrets the pain and heartache his actions have caused those around him. I also know he is eager to get his life back on track.

Jason has confessed to his wrongdoings and now I believe he is ready to move forward from past mistakes. I hope you take into consideration the capacity of people to evolve and change as well as the fundamental goodness of Jason's character as you deliberate his case.

Thank you for your time and your consideration.

Sincerely Yours,

Monika Karpinska

B.A., B.Ed., M.A.
English Professor, John Abbott CEGEP
Montreal, Quebec, Canada

DEFENDANT'S EXHIBIT
CR 09-2027

September 23, 2015

Hon. Linda R. Reade
Chief Judge, U.S. District Court
111 Seventh Avenue SE
P.O. Box 4
Cedar Rapids, Iowa 52401-2101

Dear Chief Judge Reade,

My name is Jodi Murphy and I met Jason Boyachek in 2000 through mutual friends. Jason and I both grew up in Saskatoon, Saskatchewan but became friends while living in Vancouver, British Columbia. I remember many hours in quiet conversation with Jason at the beginning of our friendship. He was extremely soft spoken, gentle, thoughtful, and intelligent. He wasn't like anyone else I knew. What struck me most in those early years was Jason's empathy and ability to connect with people in an authentic way. He seemed truly interested in what people felt, thought, and believed.

In 2002 I started studying to become a Psychotherapist. Right from the start Jason was curious and genuinely interested in my studies. He had many questions regarding psychology and I think the endless hours of conversation may have solidified his interest in understanding the psychology of people.

Through mutual friends I learned of Jason's legal problems. I reached out and reconnected with him. He was emotionally and psychologically struggling with the guilt and shame of his bad decisions, along with the sorrow and pain brought to his family. I remember mainly talking about his legal situation, mistakes, psychology, yoga, his relationship with Hara (his fiancée), and his niece and nephew.

I know that Jason grew up in a loving family. He has a close relationship with his parents, brother, and sister. He has spent countless hours with his niece and nephew (Avery and Seth) and thoroughly enjoys their company. I also know that one day Jason hopes to become a father. Jason has accepted responsibility for his bad decisions and legal problems, and he deeply regrets the pain and suffering that he has caused his family. He has made a commitment to studying psychology and I know that given the opportunity Jason will build a solid life for himself, and Hara. I truly believe that Jason will be an asset to his community.

Thank you for your time and consideration in this matter.

Respectfully,

Jodi M. Murphy

DEFENDANT'S EXHIBIT
K
CR 09-2027

September 23, 2015

Hon. Linda R. Reade
Chief Judge, U.S. District Court
111 Seventh Avenue SE
P.O. Box 4
Cedar Rapids, Iowa 52401-2101

Your Honor:

I am John Antoniuk and I am writing this letter for my wife, Jennifer Lane, and myself in support of our close friend Jason Boyachek. I am a self-employed, independent singer songwriter from Saskatoon, Saskatchewan, Canada. I am a completely self-managed, full-time folk musician, who over the years has also helped manage a number of other artists including my wife, Jennifer, who is also an independent singer songwriter.

I met Jason in 1982 when we were 9 years of age and members of the Goldfin Competitive Swim Club in Saskatoon. Often times we were billeted together at out of town swim meets and spent a lot of time hanging out when we were back in Saskatoon, this was the beginning of our life long friendship. To this day we are very close friends who keep in regular contact and always have. For a few years after high school, Jason and I were practically inseparable, watching movies (even writing one of our own), and generally trying to figure out young adulthood. I always knew that I could put my trust in Jason and that he held the same value for my friendship.

I met my wife in 2002 and knew that I would ask Jason to be my best man when the time came. Our friendship has been a very important part of my life experience and I was proud to have him at my side on that day. Over the years Jennifer has had the opportunity to befriend Jason, and the two of them have at length discussed common interests like health and philosophy. Jason has been a great friend to my wife and treated her with the utmost respect, as he treats all equally. This makes me feel proud and fortunate to have people of such high quality of character, and like mind, in my life.

We first heard of the news of Jason's arrest from his mother, Jan Boyachek, and I have talked to him on a regular basis while he's been in holding. We also had the opportunity to visit with Jason at his mom's residence in Kimberley, British Columbia a number of times. Family life is very important to Jason and he is an amazing son, brother and uncle. Though Jason has many positive things in life, it's very difficult to imagine what it's actually like to be in his position through these times, but we have felt that he was handling the stress of the situation exceptionally well.

I have known Jason for over 33 years now and I consider him to be one of my closest friends. He was my companion as a child, my confidant as we became young men together, and stood beside me on my wedding day as my best man. Jason is one of the most sincere and genuine individuals I have ever known. Regardless of the situation, or

DEFENDANT'S EXHIBIT
L
CR 09-2027

what you needed from Jason, you could always count on him, and he has always kept his word. I have often thought of Jason throughout the years, as an example of a man whose word is his bond. In a lifetime of friendship, Jason has never once let me down. Please accept this letter as our reference for the strong and positive character of Jason Leonard Boyachek.

We know that Jason has been very steadfast and disciplined while incarcerated. He has kept himself busy with working-out, reading, yoga, meditating and learning some Spanish. Jason cares about other people, often putting others before himself and will be very welcomed when he can return to being there for his family and friends, as these relationships are what he values the most. In fact I believe any community would benefit to have a person with such integrity and compassion as Jason. As a person who has known Jason most of his life I know that he is a good person who made a bad decision and he is remorseful for what he has done. I believe he has accepted responsibility for his behaviour and deeply regrets the pain he has caused for himself, his family and others. Please consider the person, friend, and family member that I've described and that we all know when you deliberate his case.

Sincerely,

John Antoniuk
Saskatoon, SK, Canada

Jennifer Lane

September 23, 2015

Hon. Linda R. Reade
Chief Judge, U.S. District Court
111 7th Avenue SE
P.O. Box 4
Cedar Rapids, IA 52401-2101

Dear Judge Reade:

We are Jan and Ted Boyachek the parents of Jason Boyachek. We live in Kimberley, British Columbia. We have lived here for 10 years and we are both retired. We have been married for 48 years. We moved to Kimberley from Saskatoon, Saskatchewan where we had lived for 25 years and where our children received most of their schooling. We have 3 children – Dustin age 44, Jason age 42 and Tara age 40. Tara is married and has two children age 10 and 7.

While in Saskatoon, Jan worked for two pension & benefits consulting firms for a total of 24 years. Ted worked in both the Mining and Oil & Gas industry for over 30 years and provided construction management consulting services to those industries. Jan has been very active in community endeavors since moving to Kimberley.

Prior to moving to Kimberley, Jason was an apartment building manager for Hollyburn Properties in Vancouver. During that time he taught himself about the financial markets and how to day-trade by taking various on-line courses and reading books. He also took a training program and became a certified Yoga instructor. In 2009 Jason moved here to Kimberley to live with us and be closer to our family. In the fall of 2010 Jason moved back to Vancouver where he continued to day-trade and worked doing smaller home renovation projects. In the fall of 2011, Jason moved back to Kimberley as a result of bail conditions and focused on taking University classes on-line through the University of Athabasca. He is in pursuit of a Psychology degree, for which he has a 3.8 grade point average. As his grade point average shows, Jason has been very diligent with his studies. He has put in long hours and a lot of hard work to ensure he does the best job possible. His goal has been to understand everything about the courses that he has taken and not just receive passing marks. He has also helped family and friends with home renovation projects.

Our family has always been very close and supportive of one another. Jason lived with us for 3 ½ years and his fiancée Hara has been here many times to visit. At one point, she lived with us for 6 months while performing her job over the Internet. We have gotten to know Hara very well and have witnessed their relationship first hand. They have a very loving and supportive relationship and plan to start a family as soon as circumstances permit. The fact that they have managed to make things work through such tough circumstances, goes to show the strength of their commitment to one another.

DEFENDANT'S EXHIBIT
CR 09-2027

Jason's family is very important to him, he has always spent a lot of time visiting and participating in family events (for example he has missed only one family Christmas in 42 years).

Jason is a very strong, intelligent, thoughtful and respectful person and because of this friends and family always rely on him for help. He is conscientious and sensitive to the needs of others as shown by how he interacts with his niece and nephew: always helping them have new experiences, attending school functions and in numerous other ways. They are very close, as Jason has nothing but love and patience for them. Being separated from Jason has been very hard on his niece and nephew, they love him "to the moon and back one million times" as my 7-year old granddaughter wrote in a note to Jason.

Jason is conscientious about his own health and fitness and takes very good care of himself by regularly running, practicing yoga, swimming, biking and cross country skiing. Jason is also concerned about our health, both physically and mentally, providing suggestions and ideas about what we should do to stay healthy.

Jason has been steadfast and disciplined while incarcerated, keeping himself busy with working-out in the gym, reading, yoga, meditating and learning Spanish.

Jason has abided by all the conditions of judicial supervision imposed on him for the last 4 years. He wants to deal with his legal difficulties. Jason is a good person who made bad decisions and is sorry for what he has done. He has accepted responsibility for his past wrong doings and the enormous hurt he has caused so many. We know you will carefully consider the man we know and love when you deliberate Jason's case.

Sincerely,

Jan Boyachek

Ted Boyachek

Kimberley, British Columbia

September 28, 2015

Hon. Linda R. Read
Chief Judge, U.S. District Court
111 Seventh Avenue S.E.
P.O. Box 4
Cedar Rapids, IA 52401-2101

Dear Chief Judge Reade:

I am Dustin Boyachek, the older brother of Jason Boyachek. I live in Nelson, British Columbia and have been here for 9 years. Since being in Nelson, I was first employed at the Nelson Brewing Company and am now employed by the City of Nelson at their Aquatic Centre as a Life Guard and Swim Coach. Prior to Nelson, I lived in Calgary for 10 years and worked in the granite fabrication and installation industry.

My brother is very self-motivated and disciplined. Throughout the 3 ½ years that bail restrictions required that he live in Kimberley he still managed to focus on other people and his University courses (in which he obtained excellent marks). While incarcerated Jason has spent the time reading, working-out, practicing yoga, meditating and learning some Spanish. He is very reliable and is always there to help out any family or friends. He has been there for me when I needed him.

Jason is very close with our sister's two children, Seth and Avery. He has spent a lot of time with them since they were born, even when he had to travel from Vancouver to Kimberley to visit them. He is a dedicated and responsible uncle. He has been lucky to be able to see them every day while living in Kimberley. He has been there to look after them whenever the opportunity arose.

Family and friends are very important to Jason. He is kind and considerate and sensitive to the needs of others. He has always wanted to help others and puts their needs before his own. Even when we were kids he always wanted to help others and put them first. He is one of the smarter people I know, his knowledge of current events, politics and the financial markets is very helpful to me. He helps me stay up to date on what is happening in the world.

I have met his fiancée, Hara, several times while visiting my family in Kimberley. I have seen that they have a great relationship, regardless of the fact that it is a long-distance relationship, and I know for a fact that they want to have children as soon as possible. I have seen how he is with Seth and Avery and know that he will be a great father.

DEFENDANT'S EXHIBIT
N
CR 09-2027

I talk to Jason regularly on the phone since he has been incarcerated. I know that that he has admitted to committing a crime. I also know that he is remorseful and regrets the grief that he has caused for himself, his family and his friends.

Jason's decision to accept responsibility for his past wrong-doing reflects his true character. Please consider Jason's true character when you deliberate his case.

I will always be there to help support Jason in any way.

Sincerely,

Dustin Boyachek
Nelson, British Columbia

September 23, 2015

Hon. Linda R. Reade
Chief Judge, U.S. District Court
111 Seventh Ave SE
P.O. Box 4
Cedar Rapids, Iowa 52401-2101

Dear Chief Judge Reade,

My name is Tara Drouin, I am Jason Boyachek's sister, and my husband's name is Danny Drouin. Danny and I have been together for 22 years. We live in Kimberley, British Columbia and we have lived here for 10 years. We have two children, our son is 10 years old and our daughter is 7 years old. I am the Operations Administrator for a golf course and my husband is a mechanic for the City of Kimberley.

We have a great relationship with Jason and we saw him daily when he was living in Kimberley. He was very supportive to us. He helped us with childcare and getting our children to extra curricular activities. He has been very involved in our children's lives since they were both born. They have many Uncles but Jason is simply known as Uncle to them. Jason has such a great relationship with our children, friends of our family always comment on his relationship with them and wish that their own brothers and sisters had that with their children. Jason is a sensitive, thoughtful and compassionate person; he encourages our children to lead their lives with the same principles. He has a very special relationship with each of our children and they are so lucky to have him in their lives as are we. Having Jason away these past months has been very hard on all of us. We relied on him for love and support in so many ways.

We realize that Jason has admitted to committing a crime and, being the person he is, we still support him completely. Jason is a good person, who made bad decisions, he is sorry for what he has done and he has accepted responsibility for his behavior. He deeply regrets the pain he has caused for everyone. He is aware of the seriousness of his mistakes and the offenses he committed. Jason is a very reliable and trustworthy person and we know if he is given the opportunity he will build a life for himself and his fiancée, Hara, one that is respectable and self-sufficient, as this is very important to him.

Thank you for your sincere attention to Jason's situation.

Sincerely,

Tara Drouin

Danny Drouin

DEFENDANT'S EXHIBIT
CR 09-2027

September 16, 2015

Hon. Linda R. Reade
Chief Judge, U.S. District Court
111 Seventh Avenue SE
P.O. Box 4
Cedar Rapids, Iowa 52401-2101

Dear Chief Judge Reade:

My name is Leigha Stankewich and this letter is in regards to my first cousin, Jason Boyachek. I am twenty-seven years old and have lived in Calgary, Alberta, Canada my whole life. I have been working in the financial services industry for eight years, most recently as an Investment Representative for BMO Nesbitt Burns. I am also actively involved on the committee board as co-chair for a local non-profit organization called Decidedly Jazz Danceworks.

It has been several years since I heard about the allegations against my cousin, Jason. He is a good, kind hearted person who made bad decisions. I recognize the seriousness of his conduct and I know he will do everything he can to re-build his life alongside his fiancée Hara. Jason really cares about his family and wants to make sure their suffering ends. It has been very hard on my entire family.

Jason is the son of my mother's older sister, Jan. With my mother being the sixth child in the family, all of her siblings had children way before I was born. Thus, most of my cousins are ten to fifteen years older than I am. That being said, I always had a lot of inspirational people in my life to look up to, particularly my cousin Jason, his sister Tara, and their brother Dustin. Jason always showed kindness and compassion towards me, even though I was fourteen years younger than him. I see this in him now, to this day, when he is around his nephew Seth & niece Avery. They absolutely adore Jason and love him very much.

Jason is soft spoken like me (and most of our family) but never too shy to ask how I'm doing or how my job is, or what the ski conditions are like. These days I have a good relationship with Jason because he no longer feels like my older cousin. We can talk about more in-depth issues like the oil & gas industry in Canada & the United States, the stock markets, great movies, or recreational interests. I have always been supportive of Jason. He is self-motivated and hard working. I know he has been disciplined while incarcerated but is growing and learning constantly from reading, working out and meditation.

Jason and Hara are so committed to each other even though she lives in Edmonton, Alberta. Hara is also soft spoken, genuine and caring, like Jason. Jason has found someone that he cares deeply about, enough for them to want to start a family together. Jason will be a great addition to any community that he chooses to reside in after this ordeal is over.

From Jason's wonderful family-oriented upbringing, I know the type of person he is. I know with certainty that he is sorry for what he has done.

Thank you for carefully considering the cousin I know when deliberating his case.

Sincerely,

Leigha Stankewich

September 29, 2015

Hon. Linda R. Read
Chief Judge, U.S. District Court
111 Seventh Avenue S.E.
P.O. Box 4
Cedar Rapids, IA 52401-2101

Dear Chief Judge Reade:

We are Terry and Cheryl Boyachek, Jason Boyachek's uncle and aunt. We have lived in Saskatchewan for 27 years. Terry is employed at the local steel mill and Cheryl works at the provincial court house. We have two children who are both attending University here in Regina.

We have known Jason and his family for over 40 years. We have always had a good relationship with Jason and his family and have supported him in all his endeavors. We know of Jason's and Hara's relationship, they have been together for 4 years and are committed to each other. Hara is the most significant part of Jason's life and we know that they are planning a family in the future. Jason also plays a huge role in the lives of his nephew and niece who live in Kimberley, British Columbia.

We are both aware of the criminal case that Jason is dealing with. We realize that Jason has committed a crime and has admitted to this. We learned of this from his parents, Terry's brother and his wife.

Our nephew is a good reliable person, he is self-motivated, focused on school and devoted to family and his friends. He has proven to have lots of integrity, being a very honest and trustworthy person. From a very young age he has always been extra sensitive to the needs of others, he is a very caring and compassionate person.

We write this letter in full support of Jason who has no previous criminal record. Jason will always do what is expected of him. Jason would not jeopardize his family or his close relationships with his friends and relatives. He deeply regrets the pain he has caused himself, his family and others. We thank you for your serious attention in this matter before the court.

Sincerely,

Terry Boyachek
Regina, Saskatchewan
Canada

Cheryl Boyachek

DEFENDANT'S EXHIBIT
CR 09-2027

September 24, 2015

Hon. Linda R. Reade
Chief Judge, U.S. District Court
111 Seventh Avenue S.E.
P.O. Box 4
Cedar Rapids, Iowa 52401-2101

Your Honor,

We are writing this letter in support of Jason Boyachek, our nephew. Wendy is a sister of Jason's mother and our families are very close. We moved to Invermere, British Columbia, a small community an hour north of Kimberley, 6 years ago to open a small gift shop to semi-retire. We lived and worked in Calgary, Alberta for 30 years. Daryl was employed by Brasso Nissan for 30 years and Wendy was self-employed with Fifth Avenue Collection for 25 years. We have one daughter, Leigha, who lives and works in Calgary.

We have a very close relationship with Jason and love him very much. The legal predicament he has been going through has been very hard on all of us. Jason is kind, honest, and very loyal to his family; he always puts them first before himself. He regrets the pain this has caused those close to him and wants to make life better for them. Jason knows he made bad decisions and he is extremely sorry for what he has done.

Our parents had good morals and strong family values, passing this on to all of us. Our family and children mean everything to us. Jason is a fine example of this, he really enjoys spending quality time with his little nephew and niece, they mean the world to him. We are all looking forward to Jason getting on with his life so he and Hara, his fiancée, can start a family of their own. We understand that Jason has committed a crime and that he has admitted to it and we still support him fully. When given the opportunity, we believe Jason will build a respectable life for him and Hara.

Thank you for considering the person we've described and love, when you deliberate his case.

Sincerely,

*Wendy Stankewich*

Wendy Stankewich

*Daryl Stankewich*

Daryl Stankewich

DEFENDANT'S EXHIBIT
R
CR 09-2027

Baldur, Manitoba
Canada

September 28, 2015

Hon. Linda R. Reade
Chief Judge, U.S. District Court
111 Seventh Avenue SE
Cedar Rapids, IA 52401-2101

Dear Chief Judge Reade,

We write this letter in support of our nephew Jason Boyachek, whom we have known all of his life. We are aware that Jason has committed a crime and that he is sorry for what he has done. Knowing this we continue to support him completely. His mother, our sister/sister-in-law, has kept us informed throughout this ordeal.

Although we knew Jason much better in his younger years than in adulthood, we can state with certainty that he was brought up in a home with exceptional family values and good morals. A home that was safe, positive and supportive with parents who exemplified honesty and integrity.

We know Jason to be of very good character. Besides the values instilled by his parents, his many years as a member of competitive swim teams caused him to develop strong character traits of commitment, respect and compassion which he has carried into adulthood. He is a soft-spoken, sensitive, kind-hearted and intelligent man. He has proven that he is self-motivated, reliable and hard working. His pursuit of a degree in psychology is a testament to his desire to help others. He is very understanding and wants to make life better for those around him.

Jason has always been close to his family and has been someone they could depend on. He has been very involved in the lives of his young nephew and niece, at times caring for them and always being there when they needed him. His relationship of four (4) years with his fiancée Hara has enhanced his responsibility and dependability. Jason deeply regrets the pain he has caused his family, friends and himself.

Jason's entire family is of the highest importance to him and he has shown that he will not do anything in the future to jeopardize any of them. Throughout the time that he has been dealing with his legal difficulties, he has shown that he honors his responsibilities to the court.

While recognizing the seriousness of the offense he has committed, we know that if he is given the opportunity he will build a respectable and self-sufficient life for himself and his fiancée, and will be an asset to his community.

DEFENDANT'S EXHIBIT
CR 09-2027

As you deliberate Jason's case, please consider the person as we know him: a good man who made bad decisions and who will strive to right the damage he has caused.

Thank you for your serious attention to Jason's case.

Yours truly,

Twyla Kastrukoff

Lyle Kastrukoff

September 29, 2015

Hon. Linda R. Reade
Chief Judge, U.S. District Court
111 Seventh Avenue SE
P.O. Box 4
Cedar Rapids, Iowa 52401-2101

Dear Chief Judge Reade,

My wife, Joyce, and I are writing this letter to you in strong support of our nephew, Jason Boyachek. Jason is the second son of my sister, Janice, and brother-in-law, Ted who now live in Kimberley, British Columbia. We live and work in Swan River, Manitoba. My father purchased a plumbing business in 1964 which now I own and operate with our son. We are both journeyman plumbers. Joyce is a Home Economist, who worked for the Province of Manitoba's agriculture department as an adult instructor and then as a marketing lab instructor at the Swan Valley Regional Secondary School for the past 20 years.

We are a close family now separated by Canada's vast space as everyone moved to various cities to advance their career opportunities. Our families try to reunite at least once a year somewhere easy for us all to get to. In the summer of 2014, we drove 9 hours with our daughter and two grandchildren to meet in the Cypress Hills on the edge of Alberta. We had an amazing time with our extended families playing, visiting, and reminiscing. We were all pained by missing Jason and his fiancée, Hara. We all desperately wished they had been there.

It was 4 years ago now that Janice called us to inform us of Jason's legal problems. Ever since, the family has been wrought with pain and suffering worrying about what will happen to Jason. Janice, Ted, and their children have spent years now suffering the loss of energy, time, and money. The cost of the past few years to Jason and his family has been immense.

I have fond memories of our children and Janice and Ted's children spending summer holidays together. As the children grew older they would exchange visits by taking the bus by themselves as we parents were not always able to drive them. We always felt confident our children including Jason were reliable and trustworthy to make these trips by themselves. I have memories of him as a little boy running around with his cousins, my children, taking care of them and playing in the yard.

Jason is a soft spoken and gentle person. Jason did not and does not have a mean bone in his body. Having conversations with him, he shows his intelligence and his immense interest in politics and world affairs. Jason demonstrates his self motivation and determination to use this difficult time by continuing his education and helping his parents around their home. Jason has been very steadfast and disciplined while incarcerated. He has kept himself busy with working-out, reading, yoga and meditating.

DEFENDANTS EXHIBIT
T
CR 09-2027

Jason loves his family so very much. He and his siblings spend as much time together as possible but it is his young niece and nephew, Seth and Avery that he adores and is so devoted to. I remember when Seth was born Tara, Jason's sister, laughing about how Jason was mesmerized by his new baby nephew and would not leave his side. Jason has been very involved in Seth and Avery's lives. He spends hours playing with them, taking care of them and supporting them in their many activities.

Jason and Hara finally found each other and have been planning to marry for 3 years. Jason comes from a family that has modeled commitment to each other. Jason and Hara are committed to each other and to our families as a whole. Jason's family and Hara mean the world to him.

We recognize that Jason has committed a crime and has admitted so. He deeply regrets the pain he has caused for himself, his family and others.

Please consider the person I've described and that we all know when you deliberate his case. Thank you for your serious attention to the matter.

Respectfully,

Leonard Trevellyan
Swan River, Manitoba

Joyce Trevellyan



BRITISH
COLUMBIA

February 19, 2015

Re:     Jason Boyachek
**Recognizance of Bail Order #25649**
**Vancouver Appeal Court**

Mr Boyachek has been reporting weekly, in person, to a Bail Supervisor at Cranbrook
Community Corrections since October 3, 2011.
He has reported consistently as directed, signing in every week.
Mr. Boyachek has not incurred any breaches and there are no issues around compliance to the
conditions on his order.

There are, and have been, no supervision concerns in regards to Jason Boyachek from October 3,
2011 to this date, February 19, 2015.

If you have any questions or concerns please contact the writer at the number indicated below.

Emily Boekelheide
Bail Supervisor
Cranbrook Community Corrections
250-426-1210

DEFENDANT'S EXHIBIT
V
CR 09-2027

DETENTION HEARING
Exhibit A

*Protect Communities, Reduce Reoffending*

| Ministry of Public Safety and Solicitor General | Corrections Branch Community Corrections and Corporate Programs Division | Mailing Address: Cranbrook Community Corrections #101, 117 – 10th Avenue South Cranbrook, BC V1C 2N1 | Location Address: #101, 117 – 10th Avenue South Cranbrook, BC V1C 2N1 Telephone: (250) 426-1210 Toll Free: 1-866-800-5522 Facsimile: (250) 426-1600 |

File Number 36178
Court of Appeal File No. CA 041165

## IN THE SUPREME COURT OF CANADA

### (ON APPEAL FROM BRITISH COLUMBIA COURT OF APPEAL)

BETWEEN:

**Jason Boyachek**

Applicant
*(Appellant)*

AND:

**Canada (The Minister of Justice)**

Respondent
*(Respondent)*

### NOTICE OF DISCONTINUANCE

*Pursuant to Rule 93*

I hereby give notice that I, Jason Boyachek, wish to discontinue the appeal of my committal for extradition.

Dated at Vancouver, British Columbia this 5th day of March, 2015.

_____
Jason Boyachek, Applicant

This notice was signed in the presence of:

_____
Counsel for the Applicant
Gary Botting, Barrister
1088 Grover Avenue
Coquitlam, B.C. V3J 3G1

SERVICE OF A TRUE COPY
HEREOF ADMITTED

MAR 0 5 2015

WILLIAM F. PENTNEY /cs
Solicitor for
A.G.C.

To the Respondent (Fax: 604-666-1585)
To the Registrar (Fax: 613-996-9138)
To: Minister of Justice: (Fax: 613-957-8412)

DEFENDANT'S EXHIBIT
W

December 31, 2015

Hon. Mark W. Bennett
Judge, U.S. District Court
111 Seventh Ave SE
Box 4
Cedar Rapids I.A. 52401-2101

DEFENDANT'S EXHIBIT
X
CR 09-2027

Dear Judge Bennett,

Starting in January 2005 I began working as a money and marijuana courier for
David Downing and Group. I first met Jason Boyachek in the spring of 2006
through David. Jason was someone David knew from Vancouver, who at the time
was living in Chicago and working in construction. David instructed me not to talk
about what we were doing around Jason because Jason didn't know and David
wanted to keep it that way. I took a liking to Jason as a friend and felt comfortable
around him. Jason didn't take drugs and seemed much more normal than David
Downing and Crowd. David Downing and his group spent their earnings on
cocaine and partying. I am not a party person, nor was Jason. Jason worked a lot
and seemed to spend the rest of his time on his computer.

David Downing often talked about Jason and ridiculed him. He said Jason didn't
have the guts to do what he did, and what a nerd Jason was for being into
computers, etc. David told me that sometime in the past Jason had tried to be a
money courier for someone David knew but had failed at it. That was another
"joke" David had at Jason's expense.

Jason was never ever present at the safe houses where marijuana or money was
exchanged. He didn't have a clue where they were located. We never talked about
any aspect of my work, but I told him that I was terrified about David's cocaine
use. It was getting worse. There were times when David would be on drugs for
days. I refused to work with cocaine in any way.

Within a few months of meeting Jason he had a quarrel with David concerning

David's drug use. Jason moved out of David's place. Jason said found out what David was up to in Chicago and that he wanted nothing to do with David any more. Jason moved to a motel with a kitchenette and was working in construction. Sometimes I would stay there, on his couch. He had a friend with a handicapped child, and he seemed close to them. I didn't have any friends there and spent a lot of time traveling.

In the fall of 2006, Jason told me he missed his family and was returning to Canada. On New Years Eve that year, at home in Canada, I invited Jason to join me and two other guests for dinner. My best friend Eva Chin was there. She was 88 at the time, and she said Jason was a polite, quiet young man and was always a gracious gentleman.

David began to work with gangs, and they wanted to work with me. I never told anyone. The situation was scary and getting worse. In December 2006 I told David I wanted out, he asked me to wait till he got a replacement.

I was arrested, May 23, 2007, and I was interviewed and questioned numerous times. Not once do I recall Jason's name ever mentioned by anyone. After my imprisonment and return to Canada February 2009, due to embarrassment, time passage, and just wanting to put the past behind me I never phoned or visited Jason. I didn't see Jason again until court in 2014 when his Canadian lawyer asked if I would testify on his behalf.

There was really not any choice. I would never be able to live with myself if I did not testify. Jason Boyachek wasn't even a friend with David or Group, because of David's excessive drug use and being unreachable at times. When Jason found out what David was up to, he made it clear to me that he didn't want to be around or have anything to do with David Downing.

If you have any questions, please feel free to ask. Thank you for your time.

Respectfully,
Juliana Miriam Steernberg



# Ministry of Public Safety and Solicitor General
# Client History Report

## ***** THIS IS NOT A CRIMINAL RECORD *****

Disposition and Reports Only: N

DEFENDANT'S EXHIBIT
Y
CR 09-2027



CS No: 07711443 BOYACHEK, JASON LEONARD

Birth Date: 1973.06.04    Gender: Male         FPS No:

Probable Discharge Date:                       Possible Parole Date:

#### Alerts

| Type | Effective Date | Description |
|---|---|---|
| Generic | 2011.09.14 | Merged with CS# 07.713.498 |

#### Client History

| Date | Movements | | | Documents | | | | Disposition / Reports | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Type | Reas | Loca | Court | Tp | File/Info# | Offence | Type | Length | C | V |
| 2015.04.02 | REL | OS | CRAN | | | | | | | | |
| 2015.03.26 | REL | OS | NFPC | | | | | | | | |
| 2015.03.05 | ADM | NEW | NFPC | | | | | | | | |
| 2015.03.05 | | | | VANS | A | 25649 | Application for a provisional arrest warrant | WD | | | |
| 2015.01.30 | | | | VANA | A | 25649 | Ex-parte appl. to issue sum or wmt | BAL | | | |
| 2014.11.14 | | | | VANA | A | 25649 | Ex-parte appl. to issue sum or wmt | BAL | | | |
| 2014.09.09 | | | | VANA | A | 25649 | Ex-parte appl. to issue sum or wmt | BAL | | | |
| 2014.05.09 | | | | VANA | A | 25649 | Ex-parte appl. to issue sum or wmt | BAL | | | |
| 2014.01.15 | | | | VANA | A | 25649 | Ex-parte appl. to issue sum or wmt | BAL | | | |
| 2013.09.04 | | | | VANA | A | 25649 | Ex-parte appl. to issue sum or wmt | BAL | | | |
| 2011.10.03 | ADM | NEW | CRAN | | | | | | | | |
| 2011.09.27 | REL | RC | NFPC | | | | | | | | |
| 2011.09.27 | | | | VANS | A | 25649-1 | Ex-parte appl. to issue sum or wmt | BAL | | | |
| 2011.09.12 | ADM | NEW | NFPC | | | | | | | | |
| 2011.09.12 | | | | VANS | A | 25649 | Ex-parte appl. to issue sum or wmt | REM | | | |
| 2011.09.11 | | | | VANS | A | 25649-1 | Ex-parte appl. to issue sum or wmt | WD | | | |

Access, collection, use, disclosure and disposal of this document must be in accordance with the British Columbia Freedom of Information, Protection of Privacy Act and the Youth Criminal Justice Act.

Case 6:09-cr-02027-MWB-JSS   Document 61   Filed 01/14/16   Page 32 of 37

REL – Released
ADM – Admitted/Admission
New – New (as in new admission)
OS – Outside of Province
Tp- Type
A – Adult
Vans – location in Vancouver
Vana – location in Vancouver
Cran – Cranbrook
NFPC – North Fraser Pretrial Center
RC – Released at Court
WD – Warrant of detainer
BAL – Bail Supervision
REM – Remanded



Friday, June 5th, 2015 | Posted by Rattan Mall

# It's still Dhak-Duhre group and United Nations gang versus 'Wolf Pack' of some Hells Angels with Independent Soldiers and Red Scorpions

Like ⟨ 3    G+1    Tweet

*Gangs have moved operations to the North because of police pressure in Lower Mainland*



Sgt. Lindsey Houghton
Photo by Chandra Bodalia

DEFENDANT'S EXHIBIT
AA
CR 09-2027

**BY RATTAN MALL**

IT'S true that we don't see as many gang members dying today as we did many years ago, but they are still being killed because of who they are associated with.

Since the August 2011 murder of Red Scorpions' leader Jonathan Bacon in Kelowna (Hells Angels' Larry Amero and Independent Soldiers' James Raich were injured in the same shooting incident), "the fragmentation of the gang landscape has gotten even more dramatic and people we found especially at the lower to mid level scramble to associate with who they think is going to help them or protect them the most," Sgt. Lindsey Houghton of the Combined Forces Special Enforcement Unit – BC (CFSEU-BC) told The VOICE on Thursday.

"Of course, we all know the protection or the sense of protection is a mirage, a complete fallacy because everyone is out for themselves," added Houghton.

Roughly, there's two sides to the equation: on one side, you have the United Nations gang and all the remnants and allies of the Dhak-Duhre side of things – and then on the other side, you have what we would call the Wolf Pack: certain Hells Angels like Larry Amero and their allies and associates, the Independent Soldiers and the people that they brought to the equation and the Red Scorpions.

Houghton noted that there were two watershed moments in this larger conflict. One was the murder of Gurmit Dhak, who was shot dead in execution style in an SUV in October 2010 at a parking lot of the Metrotown Shopping Centre. "That caused a lot of tit-for-tat violence and there were a lot of very public incidents that happened as a result of that," said Houghton.

Then in August 2011, on the other side of the equation, Jonathan Bacon was murdered, allegedly by the Dhak-Duhre and UN group. "Since then, it would be fair to say in retribution for that, a lot of people on the Dhak-Duhre-UN side of things have been targeted," said Houghton.

(The trial of Jujhar Khun-Khun of Surrey, Michael Kerry Hunter Jones of Gibsons, and Jason Thomas McBride of North Vancouver in the slaying of Jonathan Bacon will start April 4, 2016., in Kelowna.)


## UP NORTH


OF course, we still see pockets of gang violence flaring up from time to time in different communities in the Lower Mainland, but right now, B.C.'s north continues to be a bit of a hot spot with respect to gangs and gang violence.

"A lot of that has to do with the successes that we've had here in the Lower Mainland / Metro Vancouver around suppressing and disrupting [gangs], and conducting enforcement," said Houghton.

He added that gangs tend to move to places where it would be easier to operate, where they think that they can get away with it, but where they also know that they will have a market for their product.

"Despite the downturn in prices of oil and gas, there is still a lot of money up north – Fort St. John, Dawson Creek, Prince George – these places, and we have gang members who live down here and operate their businesses in those communities. We know that some of the people who were involved in what was happening in Surrey and Delta have gone up there because of the pressure that we collectively have put on them," added Houghton.


## NATIONAL, INTERNATIONAL OPERATIONS


I asked Houghton about the status of the gangs at this point in time.

"These gangs, especially the more high profile ones like the UN and the Red Scorpions and the Independent Soldiers, their power and ability to influence and all of that ebbs and flows on a regular basis in our communities around the province and their reach goes even beyond British Columbia. We know the Red Scorpions, the Independent Soldiers and the United Nations are not only here in

B.C., but across Canada and even have ties internationally – Mexico and [East] Asia and Southeast Asia," said Houghton.



Independent Soldiers gang member James Riach.

He added: "The United Nations gang is a great example of that and they have long had ties and influence around the world; and so have groups like the Independent Soldiers."

Houghton pointed out the example of James Riach, a very high profile Independent Soldiers member who was one of the people in the vehicle when Jonathan Bacon was murdered in Kelowna. After that incident, he fled back east to the Ottawa-Montreal area, then went to Europe and the Middle East before making his way to the Philippines. Last year in January he was arrested there for allegedly trafficking drugs from Mexico and he's been in jail ever since. "That's a B.C. gangster who's doing that," noted Houghton.

(Incidentally, in February a ruling by a B.C. Supreme Court judge revealed that Riach was one of the gang members seen in a downtown Vancouver hotel bar when Sandip Duhre was killed there in January 2012.)

Houghton said: "So when people say 'oh B.C. gang members, they are just B.C. gang members, they live and operate in Surrey or …,' that's not the case, especially at the mid to higher level. Our gang members are extremely mobile. They are very technologically savvy and they are able to leverage the strength of their associates and their colleagues to help this larger business network."



New clothing bearing the Independent Soldiers logo seized earlier this year.
Photo: CFSEU-BC

He also noted: "We know that groups like the Red Scorpions are still around and, in some communities, are still flourishing, communities like Mission and out in the Fraser Valley where the Bacon side of the Red Scorpions grew very strong. The Independent soldiers are still recruiting and it was only a few months ago we made a couple of arrests and seizure in the Okanagan and we seized a box of Independent Soldiers clothing. The United Nations people are still in our community, still looking to recruit—this is a constant, ongoing thing. The Independent Soldiers, while their name and their brand may not be as prominent out here or on Vancouver Island, up in the Okanagan they still exist and into Alberta they still exist."

**Short URL:** http://www.voiceonline.com/?p=42617

http://www.voiceonline.com/its-still-dhak-duhre-group-and-united-nations-gang-versus-wol...   1/5/2016