AO 245 B (Rev. 09/11) Judgment in a Criminal Case
Sheet 2 – Imprisonment

DEFENDANT: **JASON LEONARD BOYACHEK**
CASE NUMBER: 0862 6:09CR02027-001

## IMPRISONMENT

☒ The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
**Time served on Count 1 of the Indictment. This sentence credits the defendant for time previously served in federal custody from March 26, 2015, until January 14, 2016, for a total of 295 days.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

Time served. Released to ICE/HSI on detainer.

J. Hammitt, Adm. Suppt. Asst. (OA), USMS
01/15/2016

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL